```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 00842
  NOEL B GAMMAD
  LYN A GAMMAD                                CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

              Debtor
  SSN XXX-XX-6711    SSN XXX-XX-2113
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/08/04 and confirmed on 03/16/04.

   2.  The plan is paid in full and the debtor has been discharged.

   3.  The Debtor paid a total of $  55463.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GMAC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE CORP | MORTGAGE ARRE | 13760.11 | .00 | 13760.11 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1477.72 | 93.75 | 1477.72 |
| CAPITAL ONE FINANCIAL | UNSECURED | 879.42 | 57.42 | 879.42 |
| CAPITAL ONE FINANCIAL | UNSECURED | 946.55 | 59.67 | 946.55 |
| SMC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 495.00 | 30.49 | 495.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1418.68 | 91.99 | 1418.68 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DUN & BRADSTREET | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NORTH AMERICAN NAT | UNSECURED | 1611.13 | 102.78 | 1611.13 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 268.71 | 17.10 | 268.71 |
| KOHLS | UNSECURED | 567.47 | 36.18 | 567.47 |
| RETAILERS NATIONAL BANK | UNSECURED | 1612.84 | 102.78 | 1612.84 |
| MEDICINE LTD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 508.46 | 32.40 | 508.46 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6619.75 | 421.92 | 6619.75 |
| NORDSTROM FSB | UNSECURED | 2492.76 | 158.94 | 2492.76 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1279.05 | 80.66 | 1279.05 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| RMCB COLLECTION AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 5351.64 | 341.10 | 5351.64 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 472.80 | 30.06 | 472.80 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1438.72 | 91.80 | 1438.72 |
| RETAILERS NATIONAL BANK | UNSECURED | 334.05 | 21.24 | 334.05 |
| TRANS WORLD SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | NOT FILED | .00 | .00 |

```
WELLS FARGO FINANCIAL IN  UNSECURED      2643.38           186.30       2643.38
CITIFINANCIAL              UNSECURED      1513.60            96.48       1513.60
FIRST NORTH AMERICAN NAT   SECURED         200.00             6.74        200.00
WELLS FARGO FINANCIAL IN   SECURED         200.00             6.74        200.00
CAPITAL ONE FINANCIAL      UNSECURED       688.46            39.04        688.46
      Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED         OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14160.11        .00     32620.19          .00      46780.30
PRINCIPAL PAID      14160.11        .00     32620.19          .00      46780.30
INTEREST PAID          13.48        .00      2092.10          .00       2105.58
TOTAL PAID          14173.59        .00     34712.29          .00      48885.88
```

The Debtor's attorney, ZALUTSKY & PINSKI            , was allowed $   2700.00
and was paid $     406.00   direct and $   2294.00   through the plan.

The Trustee received $    2181.22 .

Refunds to the Debtor totaled $   2101.90 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 05/30/06                     /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 00842 NOEL B GAMMAD & LYN A GAMMAD